1 Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
2 332 North Second Street
San Jose, California 95112
3 Telephone (408) 298-2000
Facsimile (408) 298-6046
4 Email: tanya@moorelawfirm.com

5 Attorneys for Plaintiff
Cecil Shaw

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL SHAW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>PALOMAR INVESTMENTS, a General Partnership, et al.,<br><br>　　　　Defendants. | No. 5:14-cv-01724-VAP-SP<br><br>**STIPULATION FOR DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between Plaintiff Cecil Shaw and Defendant Palomar Investments, a General Partnership, the parties who have appeared in this action, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.

Date: December 2, 2014  MOORE LAW FIRM, P.C.

/s/ Tanya E. Moore
Tanya E. Moore
Attorneys for Plaintiff
Cecil Shaw

JAMPOL ZIMET LLP

/s/ Steven J. Markowitz
Steven J. Markowitz
Attorneys for Defendant
Palomar Investments

IT IS SO ORDERED.
DATED: 12/4/14

Virginia A. Phillips
UNITED STATES DISTRICT JUDGE